# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0315

VERSUS

CHRISTOPHER LEIGH CHARBONNET

**MAY 26, 2020**

---

In Re:   Christopher Leigh Charbonnet, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 529748.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the transcript of the February 25, 2016 probation revocation hearing, the commitment order, his master prison record, and any other portion of the district court record that would support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before August 26, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT